IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EUGENE SUGGS                                                                                          PLAINTIFF

VERSUS                                                              CIVIL ACTION NO.: 1:09CV45-SA-JAD

LOWNDES COUNTY SCHOOL DISTRICT                                              DEFENDANT

## ORDER GRANTING
## PLAINTIFF'S UNOPPOSED MOTION TO STAY

Upon Motion of Plaintiff [Docket 26 ], no objection from Defendant, for good cause shown and being advised that the Plaintiff is on active military duty with the United States Army and has been since Feb. 4, 2009, and is not slated to return from active duty until July 29, 2010, it is hereby ORDERED that all action in this case is hereby suspended, effective *nunc pro tunc*, from February 4, 2009 and ending July 29, 2010.

SO ORDERED, this the 16th day of February, 2010.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**