IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**EUGENE SUGGS**                                                                           **PLAINTIFF**

**V.**                                                                         **CIVIL ACTION NO. 1:09CV45-A-D**

**LOWNDES COUNTY SCHOOL DISTRICT**                             **DEFENDANT**

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment [38] is GRANTED; and

(2) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 11th day of April, 2011.

                                                          **/s/ Sharion Aycock**
                                                          **UNITED STATES DISTRICT JUDGE**